UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL EQUIPMENT COMPANY, INC.,

                Plaintiff,

-against-

TEREX SOUTH DAKOTA, INC.,

                Defendant.

25-CV-06480 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The conference set for September 30, 2025 at 11:30 a.m. will be conducted by phone: 1-855-244-8681 / access code: 23190063202.

**SO ORDERED.**

Dated:    New York, New York
           September 22, 2025

                          */s/ Loretta A. Preska*
                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge