UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL EQUIPMENT COMPANY INC.,

              Plaintiff,

-against-

TEREX SOUTH DAKOTA INC.,

              Defendant.

25-CV-6480(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel and a decisionmaker for each party shall appear for a settlement conference on December 3, 2025 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
           October 6, 2025

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge