UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL EQUIPMENT COMPANY INC.,

                    Plaintiff,

-against-

TEREX SOUTH DAKOTA, INC.,

                    Defendant.

25-CV-6480 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

The Court is in receipt of the parties' updates as to the status of their settlement discussions.  The Court understands that the parties have made progress towards a potential resolution of this litigation.  While the Court is of course willing to facilitate additional settlement discussions, the parties should discuss any settlement proposals with their counterparts first. If, after conferring further, the parties believe that an additional settlement conference (whether in person or via teleconference) would be productive, the parties shall advise the Court accordingly via a joint letter.

Regardless, the parties shall update to the Court as to the status of settlement discussions no later than January 15, 2026.

**IT IS SO ORDERED.**

_Loretta A. Preska_

_____
LORETTA A. PRESKA
United States District Judge

December 12, 2025
New York, New York

2